# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE PERRY, | CASE NO. 1:09-cv-00806 DLB PC |
| Plaintiff, | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |
| v. | (Doc. 2) |
| TEHACHAPI MEDICAL STAFF, | |
| Defendant. | |

Plaintiff is a former state prisoner proceeding pro se in this civil action. On April 29, 2009, plaintiff filed a motion seeking leave to proceed in forma pauperis pursuant to 28 U.S.C. §1915.

Plaintiff has submitted a declaration that makes the showing required by § 1915 (a) and the motion to proceed in forma pauperis is HEREBY GRANTED.

IT IS SO ORDERED.

Dated: **September 1, 2009**          /s/ **Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE

1